

# NUMBER 13-15-00297-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DANIEL GARCIA,**                                                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                     **Appellee.**

---

### On appeal from the 214th District Court
### of Nueces County, Texas.

---

# ORDER

### Before Justices Rodriguez, Benavides, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's ninth motion for extension of time to file the brief. After prior extensions granted by this Court and an abatement, appellant's brief was due to be filed on January 18, 2018. Appellant has now filed his ninth motion requesting additional time to file the appellate brief in this cause.

The Court, having fully examined and considered appellant's ninth motion for extension of time to file the brief and the extension and abatement previously granted in this cause, is of the opinion that, in the interest of justice, appellant's ninth motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

Appellant's ninth motion for extension of time to file the brief is hereby granted, and counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before February 8, 2018. No further extensions will be granted in this matter.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
23rd day of January, 2018.

2